IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Thornell Johnson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

COHN, GOLDBERG, AND DEUTSCH, L.L.C.
SELENE FINANCE LP

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No: 8:21-cv-01347-PX

*(to be filled in by the Clerk's Office)*

Jury Trial:   ■ Yes   ☐ No
              *(check one)*

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Thornell Johnson |
   | Street Address | 17205 Summerwood Lane |
   | City and County | Accokeek, Prince George's |
   | State and Zip Code | Maryland 20607 |
   | Telephone Number | (240)715-2852 |
   | E-mail Address | thornelljohnson@outlook.com |

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | COHN, GOLDBERG, AND DEUTSCH, L.L.C. |
   | Job or Title (if known) | |
   | Street Address | 600 Baltimore Avenue, STE 208 |
   | City and County | Towson, Baltimore County |
   | State and Zip Code | Maryland 21204 |
   | Telephone Number | (410)296-2550 |
   | E-mail Address (if known) | |

2

Defendant No. 2

    Name: **SELENE FINANCE LP**
    Job or Title (if known):
    Street Address: 9990 Richmond Avenue, Suite 400
    City and County: Houston, Harris County
    State and Zip Code: Texas 77042
    Telephone Number: (877) 735-3637
    E-mail Address (if known):

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

12 U.S.C.A. 2605 and 15 U.S.C 1692
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* THORNELL JOHNSON, is a citizen of the State of *(name)* Maryland.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* COHN, GOLDBERG, AND DEUTSCH, L.L.C., is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Maryland. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

### III. Statement of Claim

In these instances, such as the underlying matter involving Selene Finance LP ("Selene"), the services place their interest above that of the homeowner and unfairly and deceptively ignore their statutory and contractual duties including those which were agreed to as part of their license to legally operate in the state of Maryland. These practices are compounded when homeowners and consumers for whom legislature has extended certain remedial rights and protections, like Plaintiff Thornell Johnson ("Mr. Johnson" or Plaintiff) tries in good faith to resolve their situation and apply for appropriate loss mitigation but the servicer, i.e. "Selene" and the servicer's authorized agents i.e. the substitute trustees at Cohn, Goldberg, and Deutsch LLC("Cohn") unfairly and deceptively ignores their rights under federal and state law and improperly dual track loss mitigation efforts with foreclosure activities. The Defendants have engaged in this practice on 2 separate occasions leaving the Plaintiff no other option but to seek assistance of the Courts.

1. Plaintiff applied for loss mitigation on 9/25/2020 through counsel while under simultaneously under a Chapter 13 Bankruptcy stay. Defendants still continued to advertise Plaintiffs home for sale. Plaintiffs bankruptcy was dismissed on 11/10/2020 before loss mitigation was decided. Defendants continued to request Plaintiff information it already had along with information from the Plaintiffs wife. Before a decision was made Defendant sent Plaintiff letter dated 1/12/2021 notifying him house would go to sale on 2/2/2021. Defendant continued to request information up until January 29 with it notified Plaintiff it was offering the Plaintiff a predatory modification which increased his interest rate from 2% to 5% and ballooned his monthly payment by 147.619% from $1617 to $4004 and required a $15,000.00 up front payment then the first 3 payments before the modification was accepted.

2. Plaintiff requested mediation and had a hearing on 4/21/2021. During that mediation hearing it was agreed that the Plaintiff would be given until 5/21/2021 to cure the overdue balance. A letter dated 5/18/2021 was sent to the Plaintiff notifying him the sale of his home would occur on 6/8/2021. The Defendant was not released from mediation stay until an order was issued on 5/25/2021. Defendant had once again ignored its duties under the law and sought to upsurp the home of the Plaintiff while continuing to rely on what it assumed was the ignorance of the homeowner, ignoring the law it is bound by in the process.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Wherefore, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendants pursuant to the FDCPA for (i) actual damages, (ii) statutory damages in the amount of $2000.00, (iii) costs and fees incurrec by Plaintiff, and (iv) grant such other and further relief as the Court finds necessary and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/1, 2021

Signature of Plaintiff: _[signature]_

Printed Name of Plaintiff: THORNELL JOHNSON

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
Email Address: _____